Michael S. Davis (MD-6317)
Anthony I. Giacobbe, Jr. (AG-0711)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

*Attorneys for Petitioner*
*National Union Fire Insurance Company of Pittsburgh, Pa.*



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA., on behalf of itself and each of
the related insurers that provided coverage to respondent,

                Petitioner,

- and -

GAINEY CORPORATION,

                Respondent.

Case No.: 07 CIV 4067

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

---

The undersigned attorneys of record for Petitioner National Union Fire Insurance Company of Pittsburgh, Pa. ("National Union") certify, upon information and belief, that American International Group, Inc. is a publicly traded company and the parent corporation of National Union.

Dated:    New York, New York
           May 23, 2007

                                        ZEICHNER ELLMAN & KRAUSE LLP

                               By: _____
                                   Michael S. Davis (MD-6317)
                                   Anthony I. Giacobbe, Jr. (AG-0711)
                                     Attorneys for Petitioner, National Union
                                     Fire Insurance Company of Pittsburgh, Pa.
                                   575 Lexington Avenue
                                   New York, New York 10022
                                   (212) 223-0400

503980.01/10539-012/AIG