*LEISURE,J*

Michael S. Davis (MD-6317)
Anthony I. Giacobbe, Jr. (AG-0711)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/07

*Attorneys for Petitioner*
*National Union Fire Insurance Company of Pittsburgh, Pa.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JUDGE LEISURE**

**07 CIV 4067**

| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., on behalf of itself and each of the related insurers that provided coverage to respondent, | Case No.: |
|---|---|
| Petitioner, | **ORDER TO SHOW CAUSE** |
| - and - | |
| GAINEY CORPORATION, | |
| Respondent. | |

UPON the annexed Petition of Petitioner National Union Fire Insurance Company of Pittsburgh, Pa., on behalf of itself and each of the related insurers that provided coverage to respondent ("National Union"), to compel arbitration, and upon the reading and filing of the annexed Declaration of Anthony I. Giacobbe, Jr., dated May 23, 2007, the exhibits attached thereto, and the accompanying memorandum of law; and

WHEREAS, the Petition shows that National Union served a demand for arbitration of certain disputes between Respondent and National Union, which National

Union asserts are subject to a valid and binding arbitration agreement between the parties; and

WHEREAS, both National Union and Respondent have designated their respective arbitrators pursuant to the arbitration agreement; and

WHEREAS, Respondent has disputed National Union's claim for payment regarding the Anderson Dispute (as defined in the Petition); and

WHEREAS, rather than submit the Anderson Dispute to arbitration, Respondent has asked counsel for National Union to accept service of a lawsuit concerning the Anderson Dispute; and

WHEREAS, the agreement annexed to the Petition states that any action to compel arbitration "may be brought only in a court of competent jurisdiction in the City, County and State of New York"; and

WHEREAS, National Union has now moved this Court for an Order pursuant to 9 U.S.C. § 1 et seq. to submit the Anderson Dispute to arbitration without delay; and

WHEREAS, 9 U.S.C. § 4 provides that this matter be heard on five days' notice; and

This Court, having considered the papers submitted in support of National Union's motion, and sufficient cause therefore appearing, it is:

ORDERED, that Respondent show cause before this Court at a hearing at 500 Pearl Street, New York, New York 10007, courtroom ~~18~~, on **June 19**, 2007, at **10** a.m., or as soon thereafter as counsel can be heard, why this Court should not issue an Order directing Respondent to submit the Anderson Dispute to arbitration without delay; and it is further

ORDERED, that service of a copy of this Order to Show Cause together with the papers upon which it is granted, including the summons and petition, by overnight delivery by **May 24**, 2007 addressed to:

> Gainey Corporation
> 6000 Clay Avenue SW
> Grand Rapids, MI 49548-5785
> Attn: Mr. Harvey Gainey
>        President
>
> Ronald G. DeWaard, Esq.
> Varnum Riddering Schmidt & Howlett LLP
> 333 Bridge St., N.W.
> P.O. Box 352
> Grand Rapids, MI 49501-0352

shall be deemed good and sufficient notice and service of this application upon Respondent; and it is further

3

ORDERED that any written opposition to this Order to Show Cause shall be served upon Petitioner's counsel so as to be received by ~~5:00 p.m.~~ 10:00am on June 11, 2007. Reply papers, if any, to be served by 10:00 am on June 13, 2007.

Issued: New York, New York
May 24, 2007

*Peter K. Levine* 5/24/07
U.S.D.J.