Michael S. Davis (MD-6317)
Anthony I. Giacobbe, Jr. (AG-0711)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Attorneys for Petitioner,
National Union Fire Insurance Company of Pittsburgh, Pa.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., on behalf of itself and each of the related insurers that provided coverage to respondent,<br><br>Petitioner,<br><br>- against -<br><br>GAINEY CORPORATION,<br><br>Respondents. | Case No.:  07 CV 4067(PKL)<br><br><br>**CERTIFICATE OF SERVICE** |

STATE OF NEW YORK,
COUNTY OF NEW YORK.

     Michael W. Antonivich, certifies pursuant to 28 U.S.C 1746 under penalty of perjury, that on the 24th day of May, 2007, I served a true copy of the within **ORDER TO SHOW CAUSE SIGNED BY THE COURT ON May 24, 27, 2007, THE DECLARATION OF ANTHONY I. GIACOBBE, JR. DATED APRIL 26, 2007 THE EXHIBITS THERETO AND THE SUPPORTING MEMORANDUM OF LAW AND THE SUMMONS AND PETITION** upon the attorneys and party hereinafter named at the places hereinafter stated by depositing the same, properly enclosed in post-paid, properly addressed wrappers, into the exclusive care and custody of a UPS representative for delivery by overnight mail to said party and attorneys at their last known addresses given below:

Gainey Corporation
6000 Clay Avenue SW
Grand Rapids, MI 49548-5785
Attn: Mr. Harvey Gainey, President

Ronald G. Dewaard, Esq.
Varnum Riddering Schmidt
   & Howlett LLP
333 Bridge Street, N.W.
Grand Rapids, MI 49501-0352


Dated: May 29, 2007

MICHAEL W. ANTONIVICH

504186.01/10539-012/MWA