USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE: 6/12/07

**ZEICHNER ELLMAN & KRAUSE LLP**

575 LEXINGTON AVENUE
NEW YORK, NEW YORK 10022
(212) 223-0400
FAX: (212) 753-0396
www.zeklaw.com

35 MASON STREET
GREENWICH, CT 06830
(203) 622-0900
FAX: (203) 862-9889

103 EISENHOWER PARKWAY
ROSELAND, NJ 07068
(973) 618-9100
FAX: (973) 364-9960

DIRECT DIAL
(212) 826-5349
agiacobbe@zeklaw.com

June 7, 2007

Hon. Peter K. Leisure
Senior U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street-Room 1910
New York, NY 10007-1312

Fax No. (212) 805-7913

**MEMO ENDORSED**

    National Union Fire Insurance Company of
    Pittsburgh, Pa. ("National Union") v. Gainey
    Corporation ("Gainey"), 07 CV 4067 (PKL)

Dear Judge Leisure:

    This letter confirms our telephone call with the Court yesterday. The parties have agreed that:

1. The hearing on National Union's motion to compel arbitration will be adjourned from June 19, 2007 at 10:00 a.m. until June 25, 2007 at 10:00 a.m.

2. Any opposition to the motion will be served and filed so as to be received by the court and counsel for the parties by 4:00 p.m. on June 18, 2007.

3. Any reply to the motion will be served and filed so as to be received by the court and counsel for the parties by 4:00 p.m. on June 20, 2007.

Very truly yours,

Anthony J. Giacobbe, Jr.

Agreed and Accepted:

Mark S. Allard
Varnum Riddering Schmidt & Howlett LLP
333 Bridge St., N.W.
P.O. Box 352
Grand Rapids, MI 49501-0352

504962.01/10539-012/AJG

The revised schedule is approved
6/12/07
SO ORDERED
USDJ