Michael S. Davis (MD-6317)
Anthony I. Giacobbe, Jr. (AG-0711)
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400
Attorneys for Petitioner,
National Union Fire Insurance Company of Pittsburgh, Pa.



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Application of NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., on behalf of itself and each of the related insurers that provided coverage to respondent,<br><br>　　　　　　　　　　　Petitioner,<br><br>　　　- against -<br><br>GAINEY CORPORATION,<br><br>　　　　　　　　　　　Respondent. | Case No.: 07 CV 4067(PKL)<br><br>**NOTICE OF DISMISSAL** |

　　　　TAKE NOTICE that Petitioner National Union Fire Insurance Company of Pittsburgh, PA dismisses this action without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:　New York, New York
　　　　June 15, 2007

SO ORDERED: 6/18/07

_____
U.S.D.J.

ZEICHNER ELLMAN & KRAUSE LLP

By: _____
Michael S. Davis
Anthony I. Giacobbe, Jr.
Attorneys for Petitioner
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

TO: Mark S. Allard, Esq.
VARNUM RIDDERING SCHMIDT
HOWLETT LLP
Attorneys for Respondent
Bridgewater Place
Post Office Box 352
Grand Rapids, Michigan 49501-0352

505447.01/10539-012/AJG